PHEBE M. SISSON et al., as Administrators of the Estate of JULIA M. KILTZ, Deceased, Respondents, v. PETER LANG, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.